IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRITTANY JONES, Individually and on behalf of those similarly situated, | ) ) ) ) |
| Plaintiff, | ) Case No. 2:17-cv-00571-JFC ) ) |
| v. | ) Chief Judge Conti ) |
| SAMSUNG ELECTRONICS AMERICA, INC., | ) ) *Electronically Filed* ) |
| Defendant. | ) ) ) |

**DEFENDANT'S MOTION TO COMPEL ARBITRATION, DISMISS CLASS CLAIMS, AND STAY ALL PROCEEDINGS**

AND NOW comes Defendant Samsung Electronics America, Inc. ("SEA") and moves this Honorable Court to enter an order compelling arbitration of Plaintiff's individual claims, dismissing the class claims, and staying this action pending the outcome of arbitration. This motion is based upon the accompanying Brief in support thereof; the Declaration of Joy McBeth and supporting Exhibits A-F; and all of the pleadings and documents in this action.

Defendant SEA is simultaneously moving to dismiss Plaintiff's claims under Federal Rule of Civil Procedure 12 but respectfully requests that this Court decide this motion to compel arbitration before ruling on the motion to dismiss.

Date: July 17, 2017
                              *s/Arthur H. Stroyd*
                              Arthur H. Stroyd (PA15910)
                              DEL SOLE CAVANAUGH STROYD, LLC
                              Three PPG Place, Suite 600
                              Pittsburgh, PA 15222
                              Telephone: (412) 261-2172
                              Facsimile: (412) 261-2110
                              astroyd@dscslaw.com

                              Kenneth L. Chernof (*pro hac vice* application pending, DC434501, CA156187)
                              Robert J. Katerberg (*pro hac vice* application pending, DC466325)
                              Elisabeth S. Theodore (*pro hac vice* application pending, DC1021029)
                              Daniel F. Jacobson (*pro hac vice* application pending, DC1016621, NY5034533)
                              ARNOLD & PORTER KAYE SCHOLER LLP
                              601 Massachusetts Ave, NW
                              Washington, DC 20001
                              Telephone: (202) 942-5000
                              Facsimile: (202) 942-5999
                              kenneth.chernof@apks.com
                              robert.katerberg@apks.com
                              elisabeth.theodore@apks.com
                              daniel.jacobson@apks.com

                              *Counsel for Defendant*